259 So.2d 75

**AETNA CASUALTY & SURETY COMPANY**

v.

**Claude E. NICHOLS et al.**

**No. 51992.**

March 27, 1972.

On the facts found by the Court of Appeal the result is correct.